```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

United States of America
                                        Criminal No. 13-cr-22-01-JL
        v.

Michael Dube


                            O R D E R

The assented to motion to reschedule jury trial (document no. 9) filed by defendant is granted in part; the continuance is limited to 30 days. Final Pretrial is rescheduled to May 23, 2013 at 11:30 AM; Trial is continued to the two-week period beginning June 4, 2013, 9:30 AM. In addition to various filing deadlines contained in the local rules, the parties shall also file any in limine motions no later than ten (10) days prior to the final pretrial conference.  Objections to motions in limine shall be filed no later than three (3) days prior to the final pretrial conference.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                    _____
                                    Joseph N. Laplante
                                    Chief Judge

Date: April 11, 2013

cc:  Jonathan Saxe, Esq.
     Debra Walsh, Esq.
     U.S. Marshal
     U.S. Probation